

# NUMBER 13-18-00282-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| AMANECER PRIMARY HOME CARE, LLC, NOELIA MORIN, ANDRES ALVAREZ, INDIVIDUALLY AND D/B/A CANTU HOME HEALTH AGENCY, | Appellants, |
| v. | |
| ACE PRIMARY HOME CARE, INC., | Appellee. |

### On appeal from the 139th District Court of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Perkes
### Memorandum Opinion by Justice Benavides

Appellants, Amanecer Primary Home Care, LLC, Noelia Morin, Andres Alvarez, Individually and d/b/a Cantu Home Health Agency, filed an appeal from a judgment entered by the 139th District Court of Hidalgo County, Texas, in cause number C-0172-

14-D.   The parties have filed an agreed motion to dismiss the appeal on grounds that the parties have agreed upon an amicable resolution and all matters in controversy no longer exist.   The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED.   Costs will be taxed against appellants.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Delivered and filed the
7th day of November, 2019.

2